JORDAN, CHARLES ARTHUR THOMAS C.S.A. esquire university of Georgia law school 2000 AD, EMS Batuler sparata state mississippi Master sports psycdogy university of Flordia Ph.D HARVAD American History & law Surgen LSUniveristy crazy Horse Law firm Center for constitutional Rights Denver Freedom of press Foundation Asstant Attorney General republic of Texas

Republic of Texas, State of North Carolina, Tax payers of America, & Republic of Ukrane

v. Hunter Biden

Federal Case

Years ago I filed papers with the FBI, on RICO predicated offences of Hunter Biden. When Hunter plead guilty in Delware federal court he is now guilty of selling Drug paraphila, conspiracy, human trafficing via ukraindate.com & selling cocain in the white house & Ukraie.

We the people of the constitution chose Asheville federal court for a jury trail for effecting interstate & international trade of North carolina. United States v. Murphy (1933-1934)

1 copy sent to white house & Texas Attorney General & 1 Asheville Federal Court

Doc Daruaile P. Hawk war J. Murphy esquire Cherockee Nation