CAPT. JORDAN, CHARLES ARTHUR THOMAS C.S.A.
U.S. Army Denver Recruiter M.P. 75th Ranger
Crawford V Long Society Jefferson GA

From: Charles Jordan Unit C-1
Colorado Mental Health Institute
1600 West 24th Street
Pueblo, Co 81003

To: Judge
100 Otis St
Ashville NC 28801
Federal Court
(828) 771-7200

RECEIVED
ASHEVILLE, NC

FEB 24 2025

U.S. DISTRICT COURT
W. DISTRICT OF N.C.